**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ANTHONY HAMMOND MURPHY,

    Plaintiff,

    v.                                                    Case No. 1:22-cv-199-RAL

SMATHERS & BRANSON, LLC,

    Defendant.

**NOTICE OF CONCLUSION OF ACTION IN PRINCIPLE**

The Parties to the above-captioned case hereby notify the Court that the Parties have agreed in principle on the conclusion of the case, the Parties are finalizing the conclusion of the action, and the Parties respectfully request the Court terminate the matter.

Dated: October 20, 2022                        Respectfully submitted,

                                                          By:  /s/Lawrence H. Fisher
                                                          Lawrence H. Fisher (Pa. I.D 67667)
                                                          One Oxford Centre
                                                          301 Grant Street, Suite 270
                                                          Pittsburgh, PA 15219
                                                          Phone: (412) 577-4040
                                                          lawfirst@lawrencefisher.com

*Counsel for Plaintiff*

SAUL EWING ARNSTEIN & LEHR LLP

By:  /s/ Allison L. Burdette
Allison R. Burdette (Pa. I.D. 316695
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Telephone: (412) 209-2525
Allison.Burdette@saul.com

*Counsel for Defendant,
Smathers & Branson, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Conclusion of Action in Principle was filed electronically on October 18, 2022.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                      */s/ Lawrence H. Fisher*